JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Allison.Reese@usdoj.gov
*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00126-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |
| vs. | |
| JEREMY LEE HUTH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Murdoch Walker, III, counsel for JEREMY LEE HUTH, that the Waiver of Indictment/Arraignment/Change of Plea hearing previously scheduled for October 24, 2023, at the hour of 11:45 a.m., be continued to November 28, 2023, at 11:15 a.m.

This Stipulation is entered into for the following reasons:

1. The Defendant is currently in custody in the State of Washington on unrelated state cases. The continuance is necessary to allow sufficient time to issue a Writ of Habeas Corpus ad Prosequendum and transport the Defendant to the District of Nevada for him to personally appear at the hearing.

1

2. The additional time is also necessary to allow defense attorney sufficient time to travel to the District of Nevada for the hearing.

3. Defendant Jeremy Lee Huth is in custody and does not object to the continuance.

4. The parties agree to the continuance.

5. This is the <u>second</u> request for a continuation of the Waiver of Indictment/Arraignment/Change of Plea hearing.

DATED: October 25, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Allison Reese
_____
ALLISON REESE
Assistant United States Attorney


/s/ Murdoch Walker, III
_____
MURDOCH WALKER, III
Counsel for Defendant
JEREMY LEE HUTH

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00126-RFB-NJK |
| Plaintiff, | **ORDER** |
| vs. | |
| JEREMY LEE HUTH, | |
| Defendant. | |

IT IS ORDERED that the Change of Plea hearing previously scheduled for October 24, 2023, at the hour 11:45 a.m., is vacated and continued to November 28, 2023, at 11:15 a.m.

Dated: October 25th, 2023.

_____
Honorable Richard F. Boulware
United States District Judge